<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor 1</td><td>Fatima Loretta Leal</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Northern District of MISSISSIPPI</td></tr>
<tr><td>Case number</td><td>25-11808-SDM</td></tr>
</table>

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC          **Court claim no.** (if known): 11-2

**Last 4 digits** of any number you use to identify the debtor's account: 0849

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 08/06/2025 | (3) | $ 100.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 08/18/2025 | (5) | $ 150.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: POC Form 410A | 08/18/2025 | (11) | $ 100.00 |
| 12. Other. Specify: Title Search | 08/05/2025 | (12) | $ 250.00 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Debtor 1 | Fatima Loretta Leal | Case number *(if known)* | **25-11808-SDM** |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature  /s/Mariana Ross

Date  12/31/2025

Print:  Mariana Ross

Title  Authorized Agent

Company  Liepold Harrison & Associates, PLLC

Address  370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Contact phone  800-349-1254

Email: pcninquiries@lha-law.com

UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF MISSISSIPPI

In Re:                                                                    Case No. 25-11808-SDM

Fatima Loretta  Leal

                                                                          Chapter 13

Debtor(s)

CERTIFICATE OF SERVICE

I hereby certify that on 12/31/2025, a true and correct copy of the foregoing Notice of
Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties
pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.


By: /s/Mariana Ross
Authorized Agent for Carrington Mortgage Services, LLC
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Debtor(s) through the Debtor(s)' Attorney of Record
Fatima Loretta  Leal
39 Azalea Dr
Eupora MS 39744




Debtor(s)' Counsel
Thomas C. Rollins, Jr.
PO BOX 13767
Jackson, MS 39236

Trustee
Todd S. Johns
PO BOX 1326
Brandon, MS 39043

U.S. Trustee
Office of the U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201



# ICE Invoicing — Invoice Detail

IP    Carrington Mortgage Services, LLC / Laquita Jimerson

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

Loan#: _____  Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold    20 of 22 | << >>

| | | |
|---|---|---|
| **Vendor** Liepold, Harrison & Associates, PLLC | **Regarding:** EDUARDO A PEREZ RAMIREZ | **Invoice Number:** LHA63362 |
| **Address:** 1425 Greenway Drive, STE 250 | 39 AZALEA DR | **Invoice Status:** ed (Exc) |
| Irving, TX 75038-2494 | EUPORA, MS 39744 | **Loan No.:** (redacted) |
| **Payee Code:** 889394 | | **Acquisition Date:** |
| **Vendor Contact:** Tesia Benne | | **Loan Type:** USDA |
| **Vendor Ref #:** REF63362 | | **Asset No.:** |
| **Servicer:** Carrington Mortgage Services, LLC | | **REO Loan Status:** N/A |
| **Inv. ID / Cat. ID** 00524/00376 | **Investor Loan #** (redacted) | **REO Loan Status Date:** N/A |
| **Investor Name:** GNMA II FIRST COMMUNITY MORTGAGE | | **Referral Date:** 7/31/2025 |
| **Invoice ID:** 354768703 | | **Loan Location:** |
| **Class Code:** | | **BK Case No:** 25-11808-SDM |
| **Entity Code:** 0 | | **BK Chapter:** 13 |
| **GSE Code:** | | **Submitted Date:** 8/28/2025 |
| **GSE REO Rem. Code:** | | **Vendor Invoice Date:** 8/28/2025 |
| **HiType:** | | **Paid In Full Date:** N/A |
| **Litigation Status Code:** | | **Foreclosure Removal Date:** N/A |
| | | **MS Status:** N/A |
| **Man Code:** | | **Relief Requested Date:** N/A |
| | | **Protection Begin Date:** N/A |
| | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00
**Principal Balance as of invoice create date:** $176,670.41
**Principal Balance as of today's date:** $175,902.03

### Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 08/28/2025 | 09/12/2025 | 11/13/2025 | | 09/12/2025 | 09/12/2025 | 09/17/2025 | 16 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| **Fees** Total: $1,150.00 | Invoicing Prev. Billed: $400.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: |
| **Costs** Total: $0.00 | Invoicing Prev. Billed: $125.00 | Exc. Loan Allow: | | | Exc Ord Allw: |
| | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** Inv Amt: $1,150.00 | Prev. Billed: $525.00 | Loan Total Fees/Costs Prev.Billed: | $1,095.00 | | Exc Ord Allw: |

### Fees

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Proof of Claim | | | 08/18/25 | 1 | $825.00 | $825.00 | $0.00 | $825.00 |
| A | | | C | Attorney Fees | POC Form 410A | | | 08/18/25 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| | | | | | | | | | **Total:** | | $1,150.00 | $0.00 | $1,150.00 |
| | | | | | | | | | **Invoice Total:** | | $1,150.00 | $0.00 | $1,150.00 |



**ICE Invoicing** — Invoice Detail  IP  Carrington Mortgage Services, LLC / Laquita Jimerson

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [ ] Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold         18 of 22 | << >>

| | | | | |
|---|---|---|---|---|
| **Vendor** | Liepold, Harrison & Associates, PLLC | **Regarding:** | **Invoice Number:** | LHA63379 |
| Address: | 1425 Greenway Drive, STE 250 | EDUARDO A PEREZ RAMIREZ | Invoice Status: | d (Exc) |
| | Irving, TX 75038-2494 | 39 AZALEA DR | Loan No.: | |
| Payee Code: | 889394 | EUPORA, MS 39744 | Acquisition Date: | |
| Vendor Contact: | Tesia Benne | | Loan Type: | USDA |
| Vendor Ref #: | REF63379 | | Asset No.: | |
| Servicer: | Carrington Mortgage Services, LLC | | REO Loan Status: | N/A |
| Inv. ID / Cat. ID | 00524/00376 | **Investor Loan #** | REO Loan Status Date: | N/A |
| Investor Name: | GNMA II FIRST COMMUNITY MORTGAGE | | Referral Date: | 7/31/2025 |
| Invoice ID: | 354245695 | | Loan Location: | |
| Class Code: | | | BK Case No: | 25-11808-SDM |
| Entity Code: | 0 | | BK Chapter: | 13 |
| GSE Code: | | | Submitted Date: | **8/18/2025** |
| GSE REO Rem. Code: | | | Vendor Invoice Date: | 8/18/2025 |
| HiType: | | | Paid In Full Date: | N/A |
| Litigation Status Code: | | | Foreclosure Removal Date: | N/A |
| Man Code: | | | MS Status: | N/A |
| | | | Relief Requested Date: | N/A |
| | | | Protection Begin Date: | N/A |
| | | | Protection End Date: | N/A |

Original Mortgage Amount: $0.00
Principal Balance as of invoice create date: $176,670.41
Principal Balance as of today's date: $175,902.03

**Bankruptcy - Bankruptcy Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 08/18/2025 | 09/02/2025 | 11/13/2025 | | 09/02/2025 | 09/02/2025 | 09/06/2025 | 16 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| **Fees** | Total: | $400.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|---|
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $125.00 | Exc. Loan Allow: | | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | | |
| **Totals** | Inv Amt: | $400.00 | Prev. Billed: | $125.00 | Loan Total Fees/Costs Prev.Billed: | $675.00 | | Exc Ord Allw: | |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Plan Review Fee | | | 08/06/25 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |
| | | | | | | | | | Total: | | $400.00 | $0.00 | $400.00 |
| | | | | | | | | | Invoice Total: | | $400.00 | $0.00 | $400.00 |

