IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Fatima Loretta Leal, Debtor                    Case No. 25-11808-SDM
                                                         CHAPTER 13

## OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Post-Petition Fees, Expenses, and Charges and would show onto the Court:

1. Carrington Mortgage Services, LLC ("Mortgage Company") filed its Notice of Post-Petition Fees, Expenses, and Charges on or about January 31, 2025 in the amount of $600.00 for attorney fees.
2. That said amounts are excessive.
3. That, the total fees requested should be reduced to $350.00.

Wherefore, Premises considered, Debtor prays that this Objection be received and filed, and this Honorable Court will enter its Order sustaining Debtor's Objection, and for such other, further and general relief to which the Debtor's may be entitled.

THIS the 9th day of January, 2026.

                        Respectfully submitted,
                        Fatima Loretta Leal

                        By: /s/ Thomas C. Rollins, Jr.
                            Thomas C. Rollins, Jr.
                            Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Fatima Loretta Leal | CASE NO: 25-11808<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/9/2026, I did cause a copy of the following documents, described below,

Objection

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/9/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Fatima Loretta Leal

CASE NO: 25-11808

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/9/2026, a copy of the following documents, described below,

Objection

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/9/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

```
FIRST CLASS                              FIRST CLASS

CARRINGTON MORTGAGE SERVICES, LLC        CARRINGTON MORTGAGE SERVICES, LLC
1600 S DOUGLASS RD                       C/O LIEPOLD, HARRISON & ASSOCIATES, PLLC
ANAHEIM CA 92806                         370 W LAS COLINAS BLVD, STE 200
                                         IRVING TX 75039
```

**CERTIFICATE OF SERVICE**

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on this 9th day of January, 2026 to:

By first class mail, postage pre-paid:

  Carrington Mortgage Services, LLC
  1600 S Douglass Rd
  Anaheim, CA 92806

  Carrington Mortgage Services, LLC
  c/o Liepold, Harrison & Associates, PLLC
  370 W Las Colinas Blvd, Ste 200
  Irving, TX 75039

By Electronic CM/ECF Notice:

  Natalie K. Brown, Attorney for creditor

  Case Trustee

  US Trustee

           /s/ Thomas C. Rollins, Jr.
           Thomas C. Rollins, Jr.