CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Fatima Loretta Leal | ) | Case No.: 25−11808−SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 3/3/26 at 10:30 AM

to consider and act upon the following:

*14 − Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges Filed by Thomas C. Rollins Jr. on behalf of Fatima Loretta Leal RE: (related document(s)13 Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Carrington Mortgage Services, LLC). (Rollins, Thomas)*

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 1/9/26

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                  BY: LJB
                                        Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11808-SDM |
| Fatima Loretta Leal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jan 09, 2026 | Form ID: hrg4 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fatima Loretta Leal, 39 Azalea Dr, Eupora, MS 39744-2131 |
| cr | + | Carrington Mortgage Services, LLC, %Liepold, Harrison & Associates, PLLC, 370 W. Las Colinas Blvd Ste 200, Irving, TX 75039-5708 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Jan 09 2026 23:49:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | ^ MEBN | Jan 09 2026 23:45:15 | Carrington Mortgage Services, LLC, %Liepold, Harrison & Associates, PLLC, 370 W. Las Colinas Blvd Ste 200, Irving, TX 75039-5708 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Natalie K. Brown | on behalf of Creditor Carrington Mortgage Services  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Jan 09, 2026 | Form ID: hrg4 | Total Noticed: 3

Thomas C. Rollins, Jr.
   on behalf of Debtor Fatima Loretta Leal trollins@therollinsfirm.com
   jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns
   vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee
   USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4