_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Fatima Loretta Leal, Debtor                      Case No. 25-11808-SDM
                                                          CHAPTER 13

## ORDER

THIS CAUSE having come on this date on the Debtor's Objection Notice of Post-Petition Fees, Expenses, and Charges (dk # 14), the Court being notified that the Debtor wishes to withdraw to Objection, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees, Expenses, and Charges is hereby withdrawn.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533