MSNB-NCAC (02/07/2024)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:
Fatima Loretta Leal

Case No. 25-11808-SDM

Chapter: 13

Debtor(s) /

**Notice of Change of Address for Creditor**

Carrington Mortgage Services, LLC (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(as shown on matrix)*

Carrington Mortgage Services, LLC
1600 S. Douglass Road
Suites 110 & 220-A
Anaheim CA 92806

**New Notice Address:**

Carrington Mortgage Services, LLC
500 N. State College Blvd.
Suites 1030, 1300 & 1400
Orange CA 92868

**New Payment Address:**

Carrington Mortgage Services, LLC
500 N. State College Blvd.
Suites 1030, 1300 & 1400
Orange CA 92868

**Proof of Claim Number(s):**    11

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☒ New Location
☐ Other _____

Prepared By:

Name: Tawakoni Hill
Title: Authorized Agent for Creditor
Phone No.: (817) 840-6782

Address: Liepold Harrison & Assoc., PLLC
370 W. Las Colinas Blvd., Ste. 200
Irving TX 75039

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer