**SO ORDERED,**



*Judge Selene D. Maddox*

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
FATIMA LORETTA LEAL

CHAPTER 13 NO:  
25-11808-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Oral Motion of the Trustee to add the postpetition fees, expense and charges in connection with Carrington Mortgage's Notice of Postpetition Mortgage Fees, Expenses and Charges [DK#17].

THAT, the Debtor has no objection to the Notice, and no other party would be prejudiced to adding these fees.

THAT, Carrington Mortgage's Attorney's fees on August 6, 2025, in the amount of $100.00, Bankruptcy/Proof of Claim fees on August 18, 2025, in the amount of $150.00 and 410A form on August 18, 2025, in the amount of $100.00 for a total amount of $350.00 are hereby approved.

THAT, the Trustee would show that the plan should be modified wherein the aforesaid fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.

###END OF ORDER###

APPROVED:

/s/Jeffrey K. Tyree  
JEFFREY K. TYREE, MSB#9049  
ATTORNEY FOR TODD S. JOHNS,  
CHAPTER 13 TRUSTEE  
PO BOX 1326  
BRANDON MS 39043  
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission  
Attorney for the Debtor  
Thomas C. Rollins, Jr.  
PO Box 627  
Ridgeland, MS 39158-0627  
trollins@therollinsfirm.com; 601-500-5533; MSB#103469