B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi

In re Fatima Leal_____,            Case No. 25-11808_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | Axcess Financial Services INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Jefferson Capital Systems, LLC
 PO Box 7999
 St. Cloud , MN 56302-9617

Phone: 800-928-7314_____
Last Four Digits of Acct #: _____9025_____

Court Claim # (if known): _____6_____
Amount of Claim: _____1661.81_____
Date Claim Filed: _____07/16/2025_____

Phone: _____
Last Four Digits of Acct. #: ____9025____

Name and Address where transferee payments should be sent (if different from above):
 Jefferson Capital Systems, LLC
 PO Box 772813
 Chicago , IL 60677-2813

Phone: 800-928-7314_____
Last Four Digits of Acct #:_____9025_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Denver Fernandes (Bankruptcy Specialist)    Date: 3/30/2026_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 23C92C62-9CD7-476E-89FC-E4C4A675E2C8

## EXHIBIT D WAIVER OF NOTICE OF TRANSFER OF CLAIM

**Axcess Financial Services and its Affiliates** (collectively, the "Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee") pursuant to a Master Accounts Sales Agreement dated as of February 17, 2026. Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 200 14ᵗʰ Ave E. Sartell, MN 56377. Said claims arise from consumer contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

- Axcess Financial Services, Inc.
- Check 'N' Go
- CNGO
- Allied Cash Advance
- Capital Community Bank / CC Bank
- XACT
- CNG Holdings, Inc.
- Great Lakes Specialty Finance, Inc.
- Great Plains Specialty Finance, Inc.
- Cash Store
- Southwestern & Pacific Specialty Finance, Inc.
- Southern Specialty Finance, Inc.
- Eastern Specialty Finance, Inc.
- Check 'n Go of Florida, Inc.
- Check 'n Go
- Pocket360
- Allied Cash Advance Arizona, LLC
- Allied Cash Advance California, LLC
- Ohio Specialty Finance, Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the __17__ day of February 2026.

Transferor: Axcess Financial Services, Inc, on its own behalf and as servicer for its Affiliates: [List all Seller parties]

By: _____

Name: __Luke Williamson__

Title: __Treasurer__