_____

**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                          **CHAPTER 13 NO:**

FATIMA LORETTA LEAL                                        25-11805-SDM

## ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 18) the response  and, after notice and opportunity for hearing, and the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied as the Debtor has brought her Chapter 13 case current.

###END OF ORDER###

SUBMITTED BY:

JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com