_____

**SO ORDERED,**



Judge Selene D. Maddox

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                    **CHAPTER 13 NO:**

FATIMA LORETTA LEAL                      25-11805-SDM

## ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 18) the response  and, after notice and opportunity for hearing, and the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied as the Debtor has brought her Chapter 13 case current.

###END OF ORDER###

SUBMITTED BY:

JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 25-11808-SDM

Fatima Loretta Leal                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                          User: autodocke                              Page 1 of 3

Date Rcvd: Apr 09, 2026                       Form ID: pdf0005                              Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fatima Loretta Leal, 39 Azalea Dr, Eupora, MS 39744-2131 |
| 4568706 | + | CC Bank, PO Box 202093, Dallas, TX 75320-2093 |
| 4556620 | | Pocket 360, PO Box 364, Cincinnati, OH 45236 |
| 4556624 | + | Uprova Loans, 635 E Hwy 20, Upper Lake, CA 95485-8793 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4556608 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 09 2026 23:44:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 4568733 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 09 2026 23:44:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 4556610 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 09 2026 23:44:00 | Carrington Mortgage, P.O. Box 3489, Anaheim, CA 92803 |
| 4556609 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 23:53:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4565867 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 23:53:02 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4576221 | + | Email/Text: BKNC@rlselaw.com | Apr 09 2026 23:44:00 | Carrington Mortgage Services, LLC, %Natalie Brown, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 4581208 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 09 2026 23:44:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Suites 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 4556611 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 09 2026 23:44:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 4559941 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 09 2026 23:44:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4556612 | + | Email/Text: bankruptcy@axcess-financial.com | Apr 09 2026 23:44:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 4556613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 23:53:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 4556614 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 23:44:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4556615 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 09 2026 23:44:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 4556616 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 09 2026 23:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

District/off: 0537-1 | User: autodocke | Page 2 of 3
Date Rcvd: Apr 09, 2026 | Form ID: pdf0005 | Total Noticed: 32

| | | | |
|---|---|---|---|
| 4661035 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 23:44:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 4574510 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 23:44:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4566209 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 09 2026 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 4556617 + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2026 23:53:19 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 4556618 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 23:53:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4556619 + | Email/PDF: cbp@omf.com | Apr 09 2026 23:53:09 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 4563388 + | Email/PDF: cbp@omf.com | Apr 09 2026 23:53:02 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 4559942 + | Email/PDF: cbp@omf.com | Apr 09 2026 23:53:10 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 4556621 + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 09 2026 23:44:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 4577785 | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2026 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4556622 + | Email/Text: bk@roadrunnerfinancial.com | Apr 09 2026 23:44:00 | Roadrunner Account Services, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 4579545 + | Email/Text: bk@roadrunnerfinancial.com | Apr 09 2026 23:44:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol Stream, Illinois 60197-6506 |
| 4556623 + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 23:53:02 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4556625 + | Email/PDF: cbp@omf.com | Apr 09 2026 23:53:02 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026          Signature:          /s/Gustava Winters

District/off: 0537-1                         User: autodocke                              Page 3 of 3
Date Rcvd: Apr 09, 2026                      Form ID: pdf0005                          Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Natalie K. Brown | on behalf of Creditor Carrington Mortgage Services LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Fatima Loretta Leal trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4